IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH BUSH,

      Plaintiff,

vs.                                                                                         Civ. No. 24cv120 SCY

MARTIN O'MALLEY,
Commissioner of Social Security,

      Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. On February 7, 2024, the Clerk of Court entered an order notifying Plaintiff that under Rule 3 of the Supplemental Rules for Social Security cases, Plaintiff's opening brief is due thirty days after the filing of the answer or administrative record. Doc. 3. The Commissioner filed the administrative record on April 4, 2024. Doc. 8. Plaintiff's opening brief or motion to remand was therefore due on May 30, 2024.

Under D.N.M.LR-Civ. 7.4(a), the Court permits stipulations for reasonable extensions of the briefing schedule set by the Supplemental Rules for Social Security, with no requirement to seek or obtain a Court order. However, in order to obtain such an extension, the party seeking the extension must file a notice identifying the new deadline and the document (motion, response or reply) to be filed. *Id.* If the request for extension of time is opposed, the party seeking the extension must file a motion.

To date, Plaintiff has not filed the opening brief or motion to remand, a stipulation for extension of time, or a motion for an extension of the deadline.

**IT IS THEREFORE ORDERED** that Plaintiff either file his motion to remand, a stipulation, or a motion for extension of time by **July 30, 2024**. **Failure to comply with this order may result in dismissal of Plaintiff's lawsuit without further notice.**

IT IS SO ORDERED.

_____
**STEVEN C. YARBROUGH**
**United States Magistrate Judge**